

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2021

No. 04-21-00053-CV

**IN RE** Arlette Dominguez Gallegos **BELVER** and Fav Swimmers II, LLC,

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Beth Watkins, Justice

Relators' unopposed motion for stay is GRANTED IN PART. We order that the trial court's January 29, 2021 Order Granting and Denying, in part, Plaintiff's Fourth Amended Motion to Compel is STAYED until 20 days after the final disposition of this original proceeding.

It is so **ORDERED** on February 18, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI20964, styled *David Drew, Jr. v. Arlette Dominguez Gallegos Belver and Fav Swimmers II, LLC*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.